In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK to Acquire Real Property in the Towns of Gilboa, Conesville, Roxbury and Prattsville.

CHESTER A. PLATNER, Appellant; THE CITY OF NEW YORK, Respondent.

*Eminent domain — condemnation proceedings — failure to allow for counsel fees, disbursements or interest.*

*Matter of Board of Water Supply, City of New York,* 197 App. Div. 910, affirmed.

(Argued November 23, 1921; decided December 13, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 13, 1921, which affirmed an order of Special Term

confirming the report of commissioners of appraisal awarding to appellant herein damages resulting from entry upon, use and occupation of his premises. The appeal was from so much of the order as denied any allowance for counsel fees, disbursements, including reasonable compensation for witnesses and for interest.

*Frank H. Osborn* for appellant.

*John P. O'Brien,* Corporation Counsel (*William H. Grogan* and *William H. Black* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. CARDOZO, J., dissents as to disallowance of interest.